IN RE ESTATE OF ALFRED A. CLERKE, DECEASED.

*Stock designated as collateral security for debt—passes to creditor after debtor's death.*

Where a debtor designated and set aside shares of stock as collateral security for a debt without his creditor's knowledge, and without actual delivery to him, and called a witness to the act. *Held*, that the stock passed to the creditor after the debtor's death.

*Decided August 7, 1886.*

On May 15th, 1885, A. A. Clerke being indebted to J. B. Davidson gave him his promissory note for $2,000 payable six months after date. Before the maturity of the note Clerke died. Among his papers were found, enclosed in an envelope certain certificates of stock in the Jones Publishing Company, dated July, 1885, and of the face value of $4,000. They bore Clerke's indorsement in blank and were witnessed by J. H. C. Smith. On the envelope in Clerke's handwriting was written : " J. B. Davidson ; Collateral for whatever I owe him ; keep as long as possible ; should be worth now fifty cents on a dollar; will be worth much more in a year."

Davidson petitioned for an order directing Clerke's executor to deliver the stock to him as security for this note. This was resisted on the ground that there was no such delivery as constituted a valid gift *causa mortis.*

*Cowan & Ferris,* for Davidson.

*W. E. Jones,* for executor.

GOEBEL, J.

This transfer was not a gift but a security for a debt. The intention of deceased evidently was to convey this stock as collateral security for his note to Davidson.

The certificates were indorsed in blank and witnessed. The envelope was set apart and marked with Davidson's name. The calling of the witness was evidence of the carrying out of that intention. Davidson is entitled to the delivery of the certificates.

NOTE.—The judgment in this case was affirmed on appeal by the Hamilton Common Pleas Court. In re estate of A. A. Clerke, 17 Bull, 369.